TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
SAMUEL P. GO
Senior Litigation Counsel
NICOLE R. PRAIRIE, DCBN 982601
Trial Attorney



    P.O. Box 868, Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 532-4074; FAX: (202) 305-7000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dmitry Nazarov, | |
|     Plaintiff, | Case No. 11-CV-0143-MEJ |
| v. | |
| Janet Napolitano, et al., | **STIPULATION TO DISMISS** |
|     Defendants. | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to dismissal of this action in its entirety.  In his Complaint, Plaintiff sought an order from this Court compelling Defendants to adjudicate his Petition for Alien Relative (Form I-130).  *See* Complaint, ¶ 24.  On February 23, 2011, however, U.S. Citizenship and Immigration Services granted Plaintiff's application and issued a notice reflecting such approval.  Accordingly, Plaintiff's Complaint is now moot.  *See Peng v. Gonzales*, No. C 06-07872-JCS, 2007 WL 2141270 *5 (N.D. Cal. July 25, 2007) ("In the immigration context, a claim for mandamus relief compelling adjudication of an . . . application

is moot if the application has been adjudicated."). Thus, the parties jointly request, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter be dismissed in its entirety. Each party shall bear its own costs and fees, and no attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

Respectfully submitted,

Dated: February 28, 2011    /s/ Nicole R. Prairie
NICOLE R. PRAIRIE[1]
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 532-4074
Facsimile: (202) 305-7000
Email: Nicole.Prairie@usdoj.gov

Dated: February 28, 2011    /s/ Geri Nadine Kahn
GERI NADINE KAHN
400 Montgomery Street
Suite 810
San Francisco, CA 94122
Telephone: (415) 397-5446
Facsimile: (707) 361-0350
Email: gkahn@pacbell.net

---

[1] I, Nicole R. Prairie, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.